UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

_____ DIVISION

CIVIL COMPLAINT

GABRIEL MARK ROBLES,  )
BONNIE SUE ROBLES,    )
                      )
Enter above the full name of Plaintiff or Plaintiffs in this action )
                      )   06-0915-CV-W - SWH
vs.                   )   CASE NO. _____
                      )
State of MISSOURI,    )
State of IOWA,        )
UNITED STATES OF AMERICA, )
           et al.     )
Enter above the full name of Defendant or Defendants in this action )

I. **Parties to this Civil Action**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff's  Gabriel Robles and Bonnie Robles

   Address   115 Northwest Harlem Road
             Kansas City, MO. 64116
             (816)769-0288

B. Name of Defendant(s) - Governor    Governor      President
                          Matt Blunt, Tom Vilsack, George W. Bush

Randy A. Rodriguez, Broker, Roseanne Kempf, dba Schoolhouse

Apartments.

II. **Statement of Claim**

(State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] Unrelated separate claims should be raised in separate civil actions.)

(See attached also)

The Defendants and their co-conspirators (employee's) did and have conspired to deny Plaintiff's of their constitutional rights to conceal widespread government racism. Anti-Christian motives.

### III. Relief

State briefly exactly what you want the Court to do for you.

Restore all rights and privledges of Plaintiff's
Award Plaintiff's $5,000.000.00 in exchange for losses and mental anguish suffered from loss of personal property and pet cat J.
Order a Grand Jury convene to investigate acts of defendants.

Make no legal arguments. Cite no cases or statutes.

### IV. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☒   No ☐

### V. Do you claim actual or punitive monetary damages for the acts alleged in your complaint?

Yes ☒   No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages

$5,000.000.00 Loss of personal irreplaceable property,
60 days false imprisonment including physical and mental torture, loss of our cat J., alienation of family and friends.

### VI. Counsel

Do you have an attorney to represent you in this civil action?

Yes ☐   No ☒

A.  Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes ☒   No ☐

B.  If you answered yes, state the names and addresses of the attorneys contacted, and give the results of those efforts.

Missouri Attorney General Kip A. Stetzler/ Defends defendants
Shelly Villagas Kansas City MO. / no reply to letter
Daniel G. Zarate Kansas City, MO./ would only litigate against civilian defendants for the money.
Arthur Tejeda, Kansas City, MO./ no reply

Case 4:06-cv-00915-SWH   Document 1-1   Filed 11/06/06   Page 2 of 6

2

```
         IN THE UNITED STATES DISTRICT COURT
                       FOR THE
              WESTERN DISTRICT OF MISSOURI
```

| | |
|---|---|
| GABRIEL M. ROBLES and BONNIE ROBLES, | Case No. _____ |
| Plaintiff's | CIVIL COMPLAINT |
| vs. | STATEMENT OF CLAIM |
| State of MISSOURI et al., | ( Page 1 of 3 ) |
| Defendants. | |

In Mason City, Iowa., on or about July or August of 2005, Defendant Randy Rodriguez filed fraudulent court documents in Cerro Gordo County, Iowa court that falsely claimed that the Plaintiff's had defaulted on purchased property (2), one of which was (unbeknowst to plaintiff's) owned by defendant Roseanne Kempf.
Plaintiff Robles attempted to file a federal lawsuit for relief but was given bogus instructions on how how to file. Senator Charles Grassley's Iowa office was contacted about the bogus filing instructions and the Senator's representative Mimi Sanford contacted the same court and spoke to the same person Plaintiff Robles spoke with and Ms. Sanford was given the exact same instructions. Based on the bogus instructions the federal court in Iowa dismissed the claim for improper filing. Defendant United States was made aware of judicial obstruction through the F.B.I. in Omaha, Nebraska and the Justice Department in Washington, D.C.
Witness Mimi Sanford was **ADVISED** by Deputy law clerk **HAGAN** of the **8th CIRCUIT COURT OF APPEALS** in Missouri (defendant) that she was under no obligation to provide Mr. Robles an Affidavit attesting to the unlawful conduct of the Federal Court in Iowa.
On November 18, 2005, the Plaintiff's were forcibly removed from their property by an excessive use of force (20-30 officers including SWAT) and forced to place their property in storage.
On April 22, 2006, Plaintiff Gabriel Robles returning home from work was (without cause) followed and pulled over by two Bates City police officers near his xxxx his and Plaintiff Bonnie Robles' home.
The plaintiff's were told they were being held for extradition to Iowa on felony brandishing a weapon warrants. The Plaintiff's were released only after Gabriel Robles was allowed to visit the Lafayette County Jail law xxxxxxxx library and affirmed that he and Bonnie Vaughn (before xxxxxxxx marriage) were arrested and held contrary to the Constitution and the law.

During the incarceration of the Plaintiff's their storage rental went unpaid causing the Plaintiff's to lose all their personal property X (including most of the evidence which would have proven their facts) and some property in Lafayette County, Missouri, including and especially their cat J. (Orenthal James Robles) aka OJ.

Plaintiff Gabriel Robles has had extensive contact with the courts based on the theory the racial and political make-up of the United States Judicial system is based XXXXXXXXXXXXXXXX XXXXX (can't afford correcting tape!) largely on financial gains.

Also, based on population studies, our Congress does not represent African-Americans or Mexican-Americans as well as Affirmative Action and Equal Opportunity agencies of our government (defendant) propagandize in the media.

This type of "smoke and mirrors" government and judicial system censored by the media of this country has led to the treasoness acts of illegal war and Katrina disasters.

The financial burden placed on the Plaintiff's in this filing attests to the theory of Plaintiff's Gabriel and Bonnie Robles.

**RELATED CASES:**
A jury may conclude that acts of **PLAGIRISM:** by the Supreme Court of the United States of legal opinions in cases of Plaintiff Gabriel M. Robles.
McKennon v. Nashville Banner (SCOTUS) Ruling 1-23-95
Robles v. BMC Ind., Inc. USDC 4th Div. MN. No. 4-93-196

XX Vaughn v. Vaughn et al. (SCOTUS) 01-5825 (Robles, advocate)
Tennessee v. Lane et al. (SCOTUS) 02-1667

Thompson v. Coors et al., USDC TN. No. 3:02-CV-712 (Robles, advocate)
Desert Palace d/b/a Caesar's Palace Hotel & Casino v. Costa, No. 02-679 (SCOTUS)

USDC Northern Dist. of Iowa   Robles v. ___?___  dismissed August 2005.

Robles v. ___?___  8th Circuit Court of Appeals Sept. 2005 disposition unknown.

Robles v. Larson, USDC Northern District of Iowa No. 3:05-cv-3067
Case closed 11/04/2005

Robles v. Alumbaugh USDC Western Dist. Missouri, Western Div.
No. 06-0451-CV-W-DW-P (Habeas Corpus relief) dismissed as "moot".

This criminal conspiracy began years ago featuring many different players (felons) but all the Plaintiff's XX may be able to prove is what began as a small claims hearing on September 21, 2005

in Cerro Gordo County Iowa in a courtroom in which Plaintiff Robles was subjected to verbal abuse which would have provoked most people to violence.
These acts of conspiracy "under color of law" were joined into with malice aforthought "under color of law" by Missouri judicial officials after learning of the circumstances of the arrest and detention of the Plaintiff's on April 22, 2006.

Currently the Plaintiff's believe Gabriel's recent unemployment and his problems in obtaining steady permanent employment is connected to actions of the Defendants which will become the subject of another forthcoming lawsuit by the Plaintiff's.

The Plaintiff's have exhausted their "administrative" avenues of recourse and remain poverty stricken and one step away from homelessness due the the actions of the Defendants and the inaction and obstruction of this very Court.

The Plaintiff's are well aware of the ramifications of their claim, impeachment of U.S. Supreme Court Justices, termination of federal officials and court personnel and most likely imprisonment for many; but when you weigh that on the scales of justice against citizens lives in the Iraq war and victims of Katrina there is no doubt that a jury of the Plaintiff's peers will indeed find for the Plaintiff's in spite of the civil servents that believe they are above the law.

The Plaintiff's have endured two death threats coordinated and carried out by their*employee's (officers) at gunpoint and Plaintiff Robles was threatened numerous times with bodily harm and lynching while in custody and Plaintiff Bonnie Robles was challenged to fistfights several times. The more time that passes as this case/"redtaped" the longer the Plaintiff's fear for their lives.

* Defendants

/ is

Death Threats: Evicted by SWAT and Officers brandishing loaded weapons.
Deemed:"ARMED AND DANGEROUS"  "VIOLENT TENDENCIES"

We, the Plaintiff's currently live in a old M motel room converted into an apartment. Because of neighbors smoking, old carpet and dead cockroaches in the walls behind panel our clothes smell offensive and police and fire department calls here are routine due to crime.

C. If you answered no, state your reasons why no such efforts have been made.

_____
_____
_____
_____

## VII. Administrative Procedures

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

Yes ☒     No ☐

B. If you answered yes, state the date your claims were presented, how they were presented, and the result of that procedure.

```
Federal Court Sept 2005 / Court obstruction and interference
Appeals Court Sept XX 2005/ Court obstruction & interference
Missouri Public defender / Obstruction & interference
Lafayette Co., Sheriff/ Obstruction & interference
Office of Chief Disciplinary Counsel,/ no follow-up
```

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

_____
_____
_____
_____

Signed this ___ day of _____, 20 06

*Bonnie Robles*
*Deborah Robles*
Signature of Plaintiff or Plaintiffs